# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00528-CV

**Sun Communications, Inc., Appellant**

**v.**

**Financial Services Plus, Inc., Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
### NO. 180142-B, HONORABLE RICK MORRIS, JUDGE PRESIDING

Appellant Sun Communications, Inc. filed a notice of accelerated appeal in this cause and a petition for writ of mandamus and motion for emergency relief in a separate cause (cause number 03-02-00527-CV, styled *In re Sun Communications, Inc.*). In a separate opinion, we conditionally granted mandamus and stayed the trial of the cause, which was set to begin Monday, September 9, 2002. By so doing we have granted the relief Sun sought by accelerated appeal, therefore, we dismiss the appeal as moot.

Bea Ann Smith, Justice

Before Justices Kidd, B. A. Smith and Yeakel

Dismissed as Moot

Filed:   September 12, 2002

Do Not Publish